916

No. 266, Misc. BAUGH *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 269, Misc. KAMROWSKI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 260, Misc. LEONARD *v.* NORTH CAROLINA. Petition for writ of certiorari to the Supreme Court of North Carolina denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (d); Rule 38½ of the Rules of the Supreme Court. *Robert S. Cahoon* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Claude L. Love,* Assistant Attorney General, for respondent.

No. 39. BAUMET ET AL. *v.* UNITED STATES ET AL., *ante,* p. 82;

No. 100. SWEENEY, SHERIFF, *v.* WOODALL, *ante,* p. 86;

No. 381. AMERICAN PRESIDENT LINES, LTD. *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL., *ante,* p. 892;

No. 200, Misc. THOMAS *v.* CALIFORNIA, *ante,* p. 881; and

No. 475, Misc., October Term, 1951. AYERS *v.* PARRY ET AL., 343 U. S. 890. Petitions for rehearing denied.

No. 218. MARTINEZ *v.* NEELLY, SUCCESSOR TO JORDAN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Argued January 5, 1953. Decided January 12, 1953. *Per Curiam:*